**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,   CASE NO.  8:11-cv-02190-T-30TBM

   Plaintiff(s),

v.

MONIKA COLE, and
JOSEPH  DORNER,

   Defendants.
_____/

MONIKA COLE,

   Cross-Plaintiff,

v.

JOSEPH  DORNER,

   Cross-Defendant.
_____/

JOSEPH  DORNER,

   Cross-Plaintiff,

v.

MONIKA COLE,

   Cross-Defendant.
_____/

**ORDER**

  Under consideration of the parties' Joint Stipulation for Dismissal of Prejudice of

Complaint for Interpleader Counterclaim, Cross Claim Against Joseph Dorner, and Cross Claim

Against Monika Cole and Discharge of Northwestern Mutual Life Insurance Company (the "Stipulation") (Dkt. #18), this action is dismissed with prejudice in accordance with terms of the Stipulation.  Each party shall bear its own attorneys' fees and costs, and Northwestern Mutual Insurance Company is discharged from any liability under the insurance Policy that is the subject of this action.

**DONE and ORDERED** in Tampa, Florida on December 14, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-2190 Joint Stipulation 18.doc